UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Case No.  16-23745(RDD)
IN RE:

**Leon Amiel and Tammy Amiel,**

                                           **Chapter 13**

                             Debtors.
-----------------------------------------------------------X

## PROPOSED ORDER GRANTING DEBTORS' APPLICATION FOR APPROVING LOAN MODIFICATION

     Upon the motion of the above Debtors, Leon Amiel and Tammy Amiel (the "Debtors"), by notice of presentment dated August 25, 2017, seeking an Order to Approve Loan Modification between Debtor and Creditor JPMorgan Chase Bank NA (the "Motion"); and, after due and sufficient notice, good cause having been shown and no adverse interest being represented, it is hereby

     **ORDERED**, that the Motion is granted and Debtors may enter into the Loan Modification with JPMorgan Chase Bank, NA attached as Exhibit A hereto.

Dated:  White Plains, New York
                , 2017

                                                     _____
                                                     United States Bankruptcy Court
                                                     Honorable Robert D. Drain